John E. Haapala, Jr.
OSB No. 061739
401 E. 10th Ave., Ste. 240
Eugene, OR 97401
Ph. 541-345-8474
jeh@haapalaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| KAREN JANELL COCHRAN,<br><br>    Plaintiff,<br><br>  vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 6:19-cv-01138-SI<br><br><br>ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) |

    After considering Plaintiff's Motion, Plaintiff's Motion is hereby granted in the sum of $7,433.25 reduced by $6,362.75 in Equal Access to Justice Act ("EAJA") fees, for a net of $1,070.50 as full settlement of all claims for attorney fees pursuant to 42 U.S.C. § 406(b).  Any past-due benefits withheld by the Defendant in anticipation of an order under 42 U.S.C. §406(b), shall be payable to Plaintiff's counsel, John E. Haapala, Jr., less an administrative assessment pursuant to 42 U.S.C. §406(d), and mailed to his office at 401 E. 10th Ave., Eugene, OR 97401, consistent with this order.  There are no other costs.

    IT IS SO ORDERED this  10th  day of  December , 2020.

                                             /s/ Michael H. Simon
                                             MICHAEL H. SIMON
                                             United States District Court Judge

ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b)